IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3043 |
| vs. | |
| PHILLIP EUGENE SMITH, | ORDER |
| Defendant. | |

Defendant's retained counsel, Damilola J. Oluyole, has moved to withdraw. (Filing No. 40). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Counsel's motion to withdraw, (Filing No. 40), is granted. Damilola J. Oluyole is hereby withdrawn as counsel.

2) The clerk shall delete Damilola J. Oluyole from any future ECF notifications herein.

3) Previously appointed CJA Panel attorney, Charles T. Steenson, is reappointed to represent the above-named defendant in this matter and the clerk is directed to update the docket to reflect that change.

4) The clerk shall forward this memorandum and order to the Federal Public Defender.

November 9, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge