IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3043 |
| vs. | |
| PHILLIP EUGENE SMITH, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of Charles T. Steenson to withdraw as counsel of record for Defendant, (Filing No. 49), is granted.

2) Defendant's newly retained counsel, Brendan M. Kelly, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Charles T. Steenson from any future ECF notifications herein.

December 4, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge