IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3043 |
| vs. | |
| PHILLIP EUGENE SMITH, | ORDER |
| Defendant. | |

On the court's own motion, and after conferring with defense counsel and counsel for the government,

IT IS ORDERED:

1) The trial of this case is continued.

2) The trial of this case is set to commence before the Honorable Chief John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 4, 2019, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

December 18, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge