IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18-CR-3043 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PHILLIP EUGENE SMITH, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue Sentencing (filing 82) is granted.

2. Defendant Phillip Eugene Smith's sentencing is continued to May 13, 2019, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of April, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge